UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD WADE ARCHITECTS, P.C., ) <br> on behalf of itself and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DORALCO, INC., ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 11 C 2595 <br><br> Judge Zagel <br> Magistrate Judge Cole |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Richard Wade Architects, P.C. voluntarily dismisses its individual and class claims without prejudice and without costs, as defendant Doralco, Inc. has not yet filed an answer or a motion for summary judgment.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on April 21, 2011, I caused a true and accurate copy of the foregoing document to be sent, via U.S. Mail, to the following party:

Doralco, Inc.
c/o Thomas D. Trainor, Registered Agent
11901 S. Austin Avenue
Alsip, IL 60803

                                                s/ Heather Kolbus
                                                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)